## U.S.

### v.

### Stanley J. MCCLAIN

### No. 17-0517/AR

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 20160303

DAILY JOURNAL

Petitions for Grant of Review Denied

## U.S.

### v.

### Kenneth W. FRANK, Jr.

### No. 17-0482/AF

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 38854

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER TSGT MA SHOULD HAVE BEEN DISMISSED FROM THE COURT-MARTIAL PANEL FOR IMPLIED BIAS.

II. WHETHER THE MILITARY JUDGE ERRED IN ADMITTING EVIDENCE OF MISCONDUCT THAT WAS CHARGED AND LATER DISMISSED FOR LACK OF EVIDENCE UNDER MILITARY RULE OF EVIDENCE 413 AND PROVIDING THE STANDARD MILITARY RULE OF EVIDENCE 413 INSTRUCTION.

Briefs will be filed under Rule 25.

## U.S.

### v.

### Prachit V. PARIKH

### No. 17-0578/AF

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA S32381

DAILY JOURNAL

Petitions for Grant of Review Filed

## U.S.

### v.

### William L. MITCHAM

### No. 17-0316/AR

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 20140969

DAILY JOURNAL

Petitions for Grant of Review Denied

